IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01138-BNB

RICHARD RAMOS,

    Plaintiff,

v.

JIM KELLER,
TASHA DOBBS,
DUANE ROBINSON,
ROBERT ARMENTA, and
STAN HILKEY,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 4 2009

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

Plaintiff Richard Ramos currently is detained at the Mesa County Detention Facility in Grand Junction, Colorado. On May 8, 2009, Mr. Ramos submitted a Prisoner Complaint and a Cash Account Detail Statement to the Court. In an order filed on May 18, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Ramos to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Ramos to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On May 26, 2009, Mr. Ramos submitted a Motion and Affidavit to the Court, and the Court, on May 27, 2009, granted Mr. Ramos leave to proceed pursuant to § 1915 without payment of an initial partial filing fee. Upon further review of the Prisoner Complaint submitted in the instant action, the Court finds that the claims and named Defendants are the same as the named defendants and the claims that Mr. Ramos sets

forth in Case No. 09-cv-00824-BNB. On April 15, 2009, in Case No. 09-cv-00824-BNB, Magistrate Judge Boyd N. Boland instructed Mr. Ramos to file an Amended Prisoner Complaint. It appears that the Prisoner Complaint filed on May 8, 2009, should have been filed in Case No. 09-cv-00824-BNB as an Amended Prisoner Complaint rather than in a newly initiated case. Mr. Ramos failed to indicate the action number on the caption page of the Amended Prisoner Complaint, as he was instructed to do in the Order to Commence Civil Action filed in Case No. 09-cv-00824-BNB, and inadvertently a new case was commenced.

The Court, therefore, will dismiss the instant action without prejudice and instruct the Clerk of the Court to file the Prisoner Complaint, in the instant action, in Case No. 09-cv-00824-BNB as an Amended Prisoner Complaint. Accordingly, it is

ORDERED that the May 27, 2009, Order entered in the instant action is vacated. It is

FURTHER ORDERED that the instant action is dismissed without prejudice. It is

FURTHER ORDERED that the Clerk of the Court shall file the Prisoner Complaint, filed in the instant action on May 8, 2009, in Case No. 09-cv-00824-BNB as an Amended Prisoner Complaint.

DATED at Denver, Colorado, this 4 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01138-BNB

Richard Ramos
Prisoner No. 212345
Mesa County Detention Facility
P.O. Box 20,000
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/4/09

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk